IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01230-BNB

FRANCISCO TORRES-VILLA,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp, Florence,

    Respondent

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 09 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion to Certify the Class and for the Appointment of Counsel" filed on May 28, 2009, is DENIED as premature.

Dated: June 9, 2009

Copies of this Minute Order mailed on June 9, 2009, to the following:

Francisco Torres-Villa
Reg No. 26633-208
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

_____
Secretary/Deputy Clerk